7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Tracy Lynn Hollowell
*Debtor*

*Bankruptcy Case No.*
15–43456–drd7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
16–04013–drd

v.

**Tracy Lynn Hollowell**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to Kansas Department of Labor, which is subject to statutory interest pursuant to K.S.A. §44–719(d)(2), should be and hereby is exempted from discharge. Specifically, the Court finds that the obligation evinced by Exhibits A and B to the Complaint which constitutes Plaintiffs 2/14/2013 Examiners Determination finding an obligation in the principal amount of $1110 in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a balance of $1,276.5 (consisting of principal in the amount of $1110.00 and interest in the amount of $166.50) is not dischargeable. The Court finds that the obligation evinced by Exhibits C and D to the Complaint which constitutes Plaintiffs March 19, 2014 Examiners Determination finding an obligation in the principal amount of $2779 in favor of Plaintiff as Trustee for the Unemployment Trust Fund and against Defendant herein, which the Court notes has been represented to the Court by Plaintiff to have a balance of $4,432.64 (consisting of principal in the amount of $2,779.00, penalty in the amount of $695.00, and interest in the amount of $958.64) is not dischargeable. The Court also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kim McClanahan
  Deputy Clerk



Date of issuance: 3/8/16

Court to serve